UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHANIE CLENDENIN, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01784-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br>(ECF No. 5)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS CLARIFYING ASSETS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

　　　Plaintiff Scott Emerson Felix is a civil detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　Currently before the Court is Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 5.)

　　　In his application to proceed *in forma pauperis*, Plaintiff reported that he has cash or checking or savings accounts in the amount of $1,476.00. (Id. at 2.) However, the Coalinga State Hospital trust account statement attached to Plaintiff's application indicates that, as of December 31, 2019, Plaintiff's trust account had a balance of $349.90. (Id. at 8.) Plaintiff does not clarify

the source of the cash balance he identified or state whether he has access to that money.

As the evidence before the Court of Plaintiff's assets is inconclusive, the Court will provide Plaintiff with an opportunity to clarify his financial condition and adequately demonstrate financial hardship.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 5), is DENIED, without prejudice;
2. The Clerk of the Clerk is directed to send Plaintiff a blank application to proceed *in forma pauperis* for a **non-prisoner**;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action;
4. No extension of time will be granted without a showing of good cause; and
5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **January 24, 2020**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE