





MAR 26 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Scott Emerson Felix
Coalinga State Hospital
24511 West Jayne Avenue
Coalinga, CA 93210-5003
Telephone: (559) 935-1501/3267
Voice Mail: (415) 446-9411

In Pro Per

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

Scott Emerson Felix
Plaintiff/Petitioner;
vs.

Stephanie Clendenin, Director (A) Department of State Hospitals; Brandon Price, Executive Director Department of State Hospitals-Coalinga; Frances Hicks, Hospital Administrator at Department of State Hospitals-Coalinga; Mathew Zelt, Director of Central Program Services at Department of State Hospitals-Coalinga; John and Jane Does 1-25 who work at Department of State Hospitals; John and Jane Does 1-25 who work at Department of State Hospitals-Coalinga;
Defendants/Respondents.

**CASE No.: 1:19cv01784 -AWI-BAM**

**OBJECTION TO MAGISTRATES FINDINGS AND RECOMMENDATIONS REGARDING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* BE DENIED; AND NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL, FOR THE NINTH CIRCUIT, FOR ORDER TO THE LOWER COURT ON (PAGE V. TORREY 201 F.3d 1136, 1140 (9th Cir. 2000); FINALLY, PLAINTIFF PROVIDES PAYMENT IN TWO PAYMENTS OF $ 200.00 TO PROCEED. (SEE: PLAINTIFF'S DECLARATION.)**

**1.** Plaintiff is a civil detainee proceeding *pro se* in the civil rights action pursuant to 42 U.S.C. § 1983. An individual who is detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detained, and are not prisoners within the meaning of the Prison Litigation Reform Act. (See ***Page v. Torrey***, 201 F.3d 1136, 1140 (9th Cir. 2000).

**2.** Plaintiff, also objects, and is appealing to the United States Court of Appeals, for the Ninth Circuit regarding the Magistrates Findings, and Recommendations regarding Petitioner's Application to proceed In Forma Pauperis without paying for the initial court fees.

**3.** Plaintiff, is also filing against the Magistrates Recommendation that Petitioner be ordered to pay the $ 400.00 filing fee in full in order to proceed with this action. (See Declaration.)

**4.** Plaintiff, however will pay in two (2) installments of $ 200.00 of the Court's order in good faith, to ensure the matter before the court is heard in a timely manner. The second payment of $ 200.00 will be paid by April 25th 2020, in accordance with Plaintiff's vocational pay period. (See: Department of State Hospitals-Coalinga check of $ 200.00 dollars.)

**5.** Plaintiff further request the said court upon granting the filing fee, order, and grant the attached Pro-Se reasonable rights, and privileges. (See attached order granting Pro-Se rights.)

**6.** Plaintiff, is only appealing the denial of Pro-Se, and order to pay the $400.00 filing fee and to the United States Court of Appeal, For the Ninth Circuit. Unless this court waives the filing fee and permits Plaintiff to proceed in Pro-Se and returns said funds provided.

Regarding the Magistrate's misunderstanding of ***Page v. Torrey***, 201 F.3d 1136, 1140, where the United States Court of Appeal, For the Ninth Circuit stated: "Accordingly, we hold that neither the PLRA's requirement that prisoner-plaintiffs seeking to proceed in forma pauperis must provide copies of prisoner's trust fund account statements ...." On the grounds Plaintiff, is involuntarily civilly detained, and under State Conservatorship against his will, being denied his freedom, and the pursuit to happiness, under the California and United States Constitutions.

Cordially Submitted

Scott Emerson Felix

Dated: March 19, 2020

///////

//////

/////

////

///

**VERIFICATION:**

I, Scott Emerson Felix, am the Plaintiff in this action. I have read the foregoing Notice of Objection to Magistrates Findings, and Recommendations, and Notice to Appeal to the United States Court of Appeal For the Ninth Circuit. I know its contents. The Matters stated in Notice of Objection to Magistrates Findings, and Recommendations, and Notice to Appeal to the United States Court of Appeal For the Ninth Circuit for Plaintiff are true based upon my own knowledge, except to those matters stated on information and belief, and as to those matters, I believe them to be true.

I, Scott Emerson Felix, declare under the penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

Executed this 19TH Day, of MARCH 2020, in the City of Coalinga, in the County of Fresno, in the State of California.



Scott Emerson Felix

| Felix v. Clendenin et al. | Case No.: **1:19cv01784 AWI-BAM**<br>Objection to Magistrates Findings and Recommendations, and Notice of Appeal |
|---|---|

I, the undersigned, declare that: I am a party to the enclosed action; that I am over the age of 18 years; that I am a resident of the United States, and specifically the State of California, and that my full name and residence address are:

Scott Emerson Felix
24511 West Jayne Avenue
Coalinga, CA 93210-5003

I am familiar with the collection and processing of correspondence for mailing with the United States Postal Service. I gave the envelope to a staff member at Coalinga State Hospital who placed it in one of the mailing pouches, it is alleged that the mail is then sorted and placed within the United States Postal Service. I served the foregoing Objections to Magistrates Findings and Recommendations, and Notice of Appeal by placing a true copy for collection and mailing during the course of ordinary business practice with other correspondence of Department of State Hospitals-Coalinga located at 24511 West Jayne Avenue, Coalinga, California 93210-5003. On 19TH OF MARCH, 2020, enclosed in a sealed envelope, with postage fully prepaid, addressed as follows:

**United States District Court**
**Eastern District of California**
**2500 Tulare Street**
**Fresno, California 93721-1318**

I, Scott Emerson Felix, declare under penalty of perjury under the laws of the United States, and the State of California, that foregoing it true and correct.

Dated: 19TH OF MARCH, 2020, at 24511 West Jayne Avenue, Coalinga, California in the County of Fresno.

Scott Emerson Felix
In Pro Per/Pro Se

Authorities:
Proof of Service By Mail: CCP §§ 415.10 et seq.; 1013 and 1013a; Title 28 U.S.C. §1608 and Federal Rule of Appellate Procedure, Rule 4 (c). Declaration of Penalty of Perjury: CCP §§ 446; 2015.5; Title 18 U.S.C. § 1621; and Title 28 § 1746.

**DECLARATION:**

**Scott Emerson Felix**

I Scott Emerson Felix hereby declare the following

**1.** Plaintiff is objecting to the Court's order and interpretation of ***Page v. Torrey***, 201 F.3d 1136, 1140, (9th Cir. 2000) case, and its findings regarding the $ 400.00 filing fee, to proceed in accordance with Pro-Se status! Via his committed involuntary status under the Welfare and Institutions Code § 6600 et seq..

**2.** Plaintiff further provides the Court with $ 200.00 dollars of the initial payment in good faith with the Court's order under legal, personal, and social economic duress. (See: Department of State Hospitals-Coalinga's check in the amount of $ 200.00. Filed to the court in a separate letter Dated: March 19, 2020.

**3.** Plaintiff notifies the court that he intends to pay the additional $ 200.00 dollars by April 25, 2020 after his next vocational payment cycle, for full payment to the Court pending the appeal, and reimbursement. Unless the Court reconsiders, and waives the filing fee, and reimburse Plaintiff, then no appeal will be necessary to the Ninth Circuit.

**4.** Plaintiff moves the court to grant and sign the attached order for Pro-Se status in the above-entitled matter. Ordering Department of State Hospitals-Coalinga to provide all the necessary reasonable copies, postage, legal materials, access to the legal computer, and supplies, by the Department of State Hospitals-Coalinga Executive Director Brandon Price in accordance with their Pro-Se polices, and procedures in good faith with this signed order by this court.

**VERIFICATION**

I, the undersigned, declare under the penalty of perjury to the laws, in the State of California, and the laws of the United States of America, that the foregoing is true, and correct that this document was executed on March 19, 2020 in the city of Coalinga, in the County of Fresno, in the State of California.

Cordially submitted:

Scott Emerson Felix

Scott Emerson Felix
Coalinga State Hospital
24511 West Jayne Avenue
Coalinga, CA 93210-5003
Telephone: (559) 935-1501/3267
Voice Mail: (415) 446-9411

In Pro Per

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| Scott Emerson Felix,<br>Plaintiff/Petitioner;<br>vs.<br><br>Stephanie Clendenin, Director (A) Department of State Hospitals; Brandon Price, Executive Director Department of State Hospitals-Coalinga; Frances Hicks, Hospital Administrator at Department of State Hospitals-Coalinga; Mathew Zelt, Director of Central Program Services at Department of State Hospitals-Coalinga; John and Jane Does 1-25 who work at Department of State Hospitals; John and Jane Does 1-25 who work at Department of State Hospitals-Coalinga<br>Defendants/Respondents | **CASE No.: 1:19cv01784 AWI-BAM**<br><br>**COURT'S ORDERS FOR PLAINTIFF TO PROCEED INFORMA PAUPERIS** |

The Court orders Plaintiff, Scott E. Felix, to proceed informa pauperis.

The Court further orders the Defendant Executive Director Brandon Price at the Department of State Hospitals-Coalinga, to afford Plaintiff's status, as a Pro-Se litigant, the rights to make reasonable copies, postage, legal materials, access to the library legal computers, and supplies needed for the Civil Rights Complaint in accordance with their Pro-Se polices, and procedures.

________________________
Magistrate Judge

Dated: ____________________