# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLENDENIN, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:19-cv-01784-AWI-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT MATTHEW ZELT TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED<br><br>(ECF No. 44)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPIES<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Scott Emerson Felix ("Plaintiff") is a civil detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　　As Plaintiff is a civil detainee and has paid the filing fee, he is not a prisoner or proceeding *in forma pauperis*, and therefore the Court ordered the complaint to be served without screening.  (ECF No. 13.)  This action therefore proceeds on Plaintiff's complaint, filed December 23, 2019, (ECF No. 1), against Defendants California Department of State Hospitals ("DSH"), Department of State Hospitals – Coalinga ("DSH – Coalinga"), Stephanie Clendenin, Brandon Price, Francis Hicks, and Matthew Zelt.

1

On July 28, 2022, the Court ordered the United States Marshal to initiate service of process on Defendant Zelt. (ECF No. 41.) The United States Marshal mailed a waiver of service to an address in Germantown, Maryland on July 29, 2022, and to an alternate address in Chambersburg, Pennsylvania on August 22, 2022. (ECF No. 44, p. 2.) Defendant Zelt returned the executed waiver of service on September 6, 2022. (*Id.* at 1.) The deadline for the filing of Defendant Zelt's answer to the complaint was therefore September 30, 2022.[1] Fed. R. Civ. P. 12(a)(1)(A)(ii); Fed. R. Civ. P. 6(d).

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendant Zelt shall show cause why default should not be entered against him;

2. Defendant Zelt may also comply with the Court's order by filing a response to the complaint, and to facilitate the ability to comply with this order, Defendant Zelt's obligation to respond to the complaint is extended **thirty (30) days** from the date of service of this order; and

3. The Clerk's Office shall serve courtesy copies of this order on Matthew Zelt at the Germantown, Maryland **and** Chambersburg, Pennsylvania addresses listed in the September 6, 2022 USM-285 form, (ECF No. 44, p. 2).

IT IS SO ORDERED.

   Dated:   **October 3, 2022**              /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the docket entry indicating that Defendant Zelt's answer is due on November 7, 2022, is incorrect. (*See* ECF No. 44, docket text.)